# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SCOTT KLAPPERICH,**
**individually and on behalf of**
**all others similarly situated,**

           **Plaintiff,**

      v.                                            **Case No. 19-CV-1859**

**NORTHSTAR LOCATION SERVICES, LLC,**

           **Defendant.**

# ORDER

Before the court is Plaintiff Scott Klapperich's Civil L.R. 7(h) expedited non-dispositive motion for leave to conduct limited discovery regarding Defendant Northstar Location Services, LLC's motion to compel arbitration and stay proceedings and to stay that motion pending discovery. (ECF No. 24.) Klapperich's motion will be **GRANTED** as unopposed.

**IT IS THEREFORE ORDERED** Klapperich's Civil L.R. 7(h) expedited non-dispositive motion (ECF No. 24) is **GRANTED**. Northstar's motion to compel arbitration and stay proceedings (ECF No. 18) is **STAYED** until further order of the court. Klapperich shall have until **August 31, 2020**, to conduct discovery concerning the matters raised in

Northstar's motion. Northstar shall, by **June 22, 2020**, serve responses to the discovery requests set forth in Klapperich's letter to Northstar on May 5, 2020, attached to the motion (ECF No. 24-2).

The court shall conduct a telephonic status conference with the parties on **July 9, 2020, at 9:00 A.M.** to discuss the progress of discovery. The parties shall call the court's conference line at 888-278-0296 and use access code 8322317# to join the call. If counsel is not available on that date, they should promptly notify the clerk's office to reschedule.

Dated at Milwaukee, Wisconsin this 21st day of May, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge